IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

UNITED STATES OF AMERICA, :
:
      Plaintiff, :
:
v. : Criminal Action No. 06 – 40-UNA
:
DONNA C. FISHER, :
:
      Defendant. :

## INFORMATION

The United States Attorney for the District of Delaware charges that:

### COUNT ONE

On or about March 30, 2001, the defendant, DONNA C. FISHER, did knowingly and willfully make and subscribe a corporate income tax return, form 1120S, which was verified by a written declaration that it is made under the penalties of perjury and was filed with the Internal Revenue Service, and which the defendant did not believe to be true and correct as to every material matter, to wit, in that the defendant knowingly under-reported the true income of TNT Twist Inc., a 1120S Corporation doing business in the State of Delaware, of which the defendant is the sole shareholder, by willfully and falsely deducting $75,000 for "managing fees" from TNT Twist Inc.'s income for the 2000 tax year, in violation of Title 26, United States Code, Section 7206(1).

                                          COLM F. CONNOLLY
                                          United States Attorney

                              BY: _____
                                  Adam Safwat
                                  Assistant United States Attorney

Dated: April 10, 2006

FILED
APR 11 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE