IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, : | |
| Plaintiff, : | |
| v. : | Criminal Action No. 06-40 JJF |
| DONNA C. FISHER, : | |
| Defendant. : | |

## O R D E R

WHEREAS, the above Defendant having entered a plea of guilty to the Information pending against her in this Court,

IT IS HEREBY ORDERED that Defendant's sentencing will be held on **Tuesday, September 12, 2006, at 12:30 p.m.**, in Courtroom No. 4B on the 4th Floor, Boggs Federal Building, Wilmington, Delaware.

May 15, 2006
DATE

_____
UNITED STATES DISTRICT JUDGE