## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Criminal Action No. 06-40-JJF |
| | ) | |
| DONNA C. FISHER, | ) | |
| | ) | |
| Defendant. | ) | |

### NOTICE OF SUBSTITUTION OF COUNSEL AND ENTRY OF APPEARANCE

**PLEASE** withdraw the appearance of Adam Safwat as attorney of record for the United

States, and enter the appearance of Christopher J. Burke, Assistant United States Attorney for the

District of Delaware, in the above-captioned case.

Respectfully submitted,

COLM F. CONNOLLY
United States Attorney

BY: _____/s/_____
Christopher J. Burke
Assistant United States Attorney
Nemours Building, Suite 700
1007 Orange Street
P.O. Box 2046
Wilmington, DE 19899-2046
302-573-6277, x142

Dated: June 11, 2006

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Criminal Action No. 06-40-JJF |
| | ) | |
| DONNA C. FISHER, | ) | |
| | ) | |
| Defendant. | ) | |

## CERTIFICATE OF SERVICE

I, Christopher J. Burke, Assistant United States Attorney for the District of Delaware,

hereby certify that on the 11th day of June 2006, I caused to be electronically filed a **Notice of**

**Substitution of Counsel and Entry of Appearance** with the Clerk of the Court using CM/ECF.

I further certify that a copy of the foregoing was sent via U.S. mail to counsel of record as

follows:

> Samuel Rosenthal, Esq.
> Curtis, Mallet-Prevost, Colt & Mosle LLP
> 1200 New Hampshire Ave, N.W.
> Suite # 403
> Washington, DC 20036-6808

_____ /s/ _____
Christopher J. Burke
Assistant United States Attorney

-2-