IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>DONNA C. FISHER, )<br>)<br>Defendant. ) | Criminal Action No. 06-40-JJF |

### ORDER

AND NOW this 5 day of September, 2006, it is hereby ordered that the parties' Joint Motion to Continue Sentencing Hearing Date be GRANTED, and that the Sentencing Hearing in this matter shall now be set for ___TBD___, ~~2006~~ at _____.

_____
Honorable Joseph J. Farnan, Jr.
United States District Judge



FILED
SEP - 5 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE