IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| Plaintiff, | : |
| v. | : Criminal Action No. 06-40 JJF |
| DONNA C. FISHER, | : |
| Defendant. | : |

### O R D E R

WHEREAS, the above Defendant having entered a plea of guilty to the Information pending against her in this Court,

WHEREAS, the Court granted parties' Joint Motion to Continue Sentencing set for September 12, 2006 (D.I. 12);

NOW THEREFORE, IT IS HEREBY ORDERED that Defendant's Sentencing will be held on **Thursday, October 19, 2006 at 12:30 p.m.**, in Courtroom No. 4B on the 4th Floor, Boggs Federal Building, Wilmington, Delaware.

September 14, 2006
DATE

_____
UNITED STATES DISTRICT JUDGE

FILED
SEP 1 4 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE