IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| United States of America, | : |
| Plaintiff, | : |
| v. | : Criminal No. 06-40 |
| Donna Fisher, | : |
| Defendant, | : |

**SATISFACTION OF JUDGMENT**

The Judgment in the above case has been satisfied as of this date. Please so indicate in the Court's Docket and Judgment Index.

                                                COLM F. CONNOLLY
                                                United States Attorney

By:        _____
             Patricia C. Hannigan
             Assistant United States Attorney
             Delaware Bar I.D. No. 2145
             The Nemours Building
             1007 Orange Street, Suite 700
             P. O. Box 2046
             Wilmington, DE 19899-2046
             (302) 573-6277
             Patricia.Hannigan@usdoj.gov

December 12, 2006